UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

VALERIE S. HINTON,                )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )        Case No. 4:09CV732 HEA
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Defendant.                )

## ORDER

**IT IS HEREBY ORDERED** that in light of Defendant's pending Motion for Summary

Judgment [Doc. #17], the October 4, 2010, trial setting in this matter is hereby vacated. This matter

will be reset upon resolution of the pending motion.

Dated this 22nd day of September, 2010.

_____
HENRY EDWARD AUTREY
UNTIED STATES DISTRICT JUDGE